1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  PATRICK K. O'BRIEN (CABN 292470)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7126
        FAX: (415) 436-7234
7       Patrick.OBrien@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           ) NO. 19-CR-685 CRB
                                        )
14       Plaintiff,                     ) NOTICE OF DISMISSAL
                                        )
15     v.                               )
                                        )
16  ROGER CRUZ-SANCHEZ,                 )
                                        )
17       Defendant.                     )
                                        )
18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictment against Roger

21  Cruz-Sanchez and moves that the Court quash the arrest warrant issued in connection with the

22  indictment.

23

24  DATED: August 11, 2022                          Respectfully submitted,

25                                                  STEPHANIE M. HINDS
                                                    United States Attorney
26
                                                    *Thomas A. Colthurst*
27                                                  _____
                                                    THOMAS A. COLTHURST
28                                                  Chief, Criminal Division

   NOTICE OF DISMISSAL
   No. 19-CR-685 CRB                                                         v. 8/4/2021

1   Leave is granted to the government to dismiss the indictment against Roger Cruz-Sanchez.  It is
2   further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

5   Date: _____

HON. CHARLES R. BREYER
United States District Judge