STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234
    Patrick.OBrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-685 CRB |
| Plaintiff, | NOTICE OF DISMISSAL ORDER |
| v. | |
| ROGER CRUZ-SANCHEZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Roger Cruz-Sanchez and moves that the Court quash the arrest warrant issued in connection with the indictment.

DATED: August 11, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*
_____
THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE OF DISMISSAL
No. 19-CR-685 CRB      v. 8/4/2021

1  Leave is granted to the government to dismiss the indictment against Roger Cruz-Sanchez. It is
2  further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.
3
4
5  Date: August 15, 2022

HON. CHARLES R. BREYER
6  United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
No. 19-CR-685 CRB                                                         v. 8/4/2021